1  STEVEN N. WILLIAMS (175489)
   swilliams@cpmlegal.com
2  ARON K. LIANG (228936)
   aliang@cpmlegal.com
3  MATTHEW K. EDLING (250940)
   medling@cpmlegal.com
4  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
5  840 Malcolm Road, Suite 200
   Burlingame, California 94010
6  Telephone:   (650) 697-6000
   Facsimile:   (650) 697-0577

7
   *Attorneys for Plaintiffs Cyma (U.S.A.) Ltd.*
8  *and Cyma S.A.*

9              **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA**

11               **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 12  **CYMA (U.S.A.) LTD. and CYMA S.A.,** | )  Case No. 09-2802 MHP |
| 13  Plaintiff, | )<br>)<br>)  **STIPULATION AND [PROPOSED]** |
| 14  vs. | )  **ORDER RE: EXTENSION OF TIME TO**<br>)  **ANSWER COMPLAINT** |
| 15 | ) |
| 16  **LUMONDI, INC., and MONDAINE WATCH, LTD.** | )<br>) |
| 17  Defendants. | )<br>) |
| 18 | )<br>) |
| 19 | ) |

20

21

22

23

24

25

26

27

28

1    WHEREFORE, on June 24, 2009, Plaintiffs Cyma (U.S.A.) Ltd. and Cyma S.A.

2  ("Plaintiffs" or "Cyma") filed a Complaint against Defendants Lumondi, Inc. ("Lumondi") and

3  Mondaine Watch Ltd. ("Mondaine"), alleging causes of action for fraud and deceit, unjust

4  enrichment, conversion, replevin and declaratory relief.

5    WHEREFORE, pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the

6  Defendants have 20 days to respond to the complaint.

7    NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties, by and

8  through their counsel of record:

9    1.    The time for Defendants to respond to the complaint is extended three weeks until

10  **August 4, 2009**.

11

12  Dated: July 7, 2009              **COTCHETT PITRE & McCARTHY**

13

14                                  STEVEN N. WILLIAMS
                                    ARON K. LIANG
15
                                    *Attorneys for Plaintiffs Cyma (U.S.A.) Ltd.*
16                                  *and Cyma S.A.*

17
    Dated: July 7, 2009             **MARIN LAW PARTNERS, LLP**
18

19

20                                  THOMAS VELLADAO

21                                  *Attorneys for Defendant Lumondi*

22  The Court hereby enters an order in conformance with the above stipulation.

23

24

25  Dated: 7/13 , 2009

26

27                                  Judge Marilyn H. Patel

28

STIPULATION RE: EXTENSION OF TIME TO ANSWER