STEVEN N. WILLIAMS (175489)
swilliams@cpmlegal.com
ARON K. LIANG (228936)
aliang@cpmlegal.com
MATTHEW K. EDLING (250940)
medling@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

*Attorneys for Plaintiffs Cyma (U.S.A.) Ltd.
and Cyma S.A.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CYMA (U.S.A.) LTD. and CYMA S.A., | Case No. 09-2802 MHP |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO ANSWER COMPLAINT |
| vs. | |
| LUMONDI, INC., and MONDAINE WATCH, LTD. | |
| Defendants. | |

LAW OFFICES
COTCHETT,
PITRE &
McCARTHY

STIPULATION RE: EXTENSION OF TIME TO ANSWER

WHEREFORE, on June 24, 2009, Plaintiffs Cyma (U.S.A.) Ltd. and Cyma S.A. ("Plaintiffs" or "Cyma") filed a Complaint against Defendants Lumondi, Inc. ("Lumondi") and Mondaine Watch Ltd. ("Mondaine"), alleging causes of action for fraud and deceit, unjust enrichment, conversion, replevin and declaratory relief.

WHEREFORE, the parties are engaged in discussions to resolve this matter.

NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties, by and through their counsel of record:

1. The time for Defendant Lumondi to respond to the complaint is extended two more weeks until **August 18, 2009**.

Dated: August 4, 2009      COTCHETT PITRE & McCARTHY

_____
STEVEN N. WILLIAMS
ARON K. LIANG

*Attorneys for Plaintiffs Cyma (U.S.A.) Ltd. and Cyma S.A.*

Dated: August 4, 2009      MARIN LAW PARTNERS, LLP

_____
THOMAS VELLADAO

*Attorneys for Defendant Lumondi, Inc.*

The Court hereby enters an order in conformance with the above stipulation:

Dated: 8/6, 2009

HON. MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION RE: EXTENSION OF TIME TO ANSWER

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY