1  STEVEN N. WILLIAMS (175489)
   swilliams@cpmlegal.com
2  ARON K. LIANG (228936)
   aliang@cpmlegal.com
3  MATTHEW K. EDLING (250940)
   medling@cpmlegal.com
4  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
5  840 Malcolm Road, Suite 200
   Burlingame, California 94010
6  Telephone:  (650) 697-6000
   Facsimile:   (650) 697-0577
7
   *Attorneys for Plaintiffs Cyma (U.S.A.) Ltd.*
8  *and Cyma S.A.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CYMA (U.S.A.) LTD. and CYMA S.A., | Case No. 09-2802 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO ANSWER COMPLAINT** |
| vs. | |
| LUMONDI, INC., and MONDAINE WATCH, LTD. | |
| Defendants. | |

LAW OFFICES
COTCHETT,
PITRE &
McCARTHY

STIPULATION RE: EXTENSION OF TIME TO ANSWER

WHEREFORE, on June 24, 2009, Plaintiffs Cyma (U.S.A.) Ltd. and Cyma S.A. ("Plaintiffs" or "Cyma") filed a Complaint against Defendants Lumondi, Inc. ("Lumondi") and Mondaine Watch Ltd. ("Mondaine"), alleging causes of action for fraud and deceit, unjust enrichment, conversion, replevin and declaratory relief.

NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties, by and through their counsel of record:

1. Mondaine acknowledges that this Court can exercise personal jurisdiction over Mondaine in this litigation entitled *Cyma (U.S.A.) Ltd., et. al. v. Lumondi, Inc., et. al.*, Case No. 09-2802 MHP. Mondaine further agrees to accept service of the summons and complaint in this litigation through service on the following:

Barry S. Cohen
**Lumondi, Inc.**
2301 Kerner Blvd., Suite A
San Rafael, CA 94901

Mondaine waives all objections based on a defect in the summons or in the service of the summons.

2. The time for Defendants Lumondi and Mondaine to respond to the complaint is extended two weeks until **September 1, 2009**.

Dated: August 18, 2009         COTCHETT PITRE & McCARTHY

                               _____
                               STEVEN N. WILLIAMS
                               ARON K. LIANG

                               *Attorneys for Plaintiffs Cyma (U.S.A.) Ltd. and Cyma S.A.*

Dated: August 17, 2009         MARIN LAW PARTNERS, LLP

                               _____
                               THOMAS VELLADAO

                               *Attorneys for Defendant Lumondi, Inc.*



LAW OFFICES
COTCHETT,
PITRE &
McCARTHY

**STIPULATION RE: EXTENSION OF TIME TO ANSWER**

Dated: August 18, 2009                    MONDAINE WATCH, LTD.

_____
ANDRE BERNHEIM

*Chief Executive Officer of Mondaine Watch Ltd.*

The Court hereby enters an order in conformance with the above stipulation:

Dated: __8/19__, 2009        _____
HON. MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

COTCHETT,
PITRE &
MCCARTHY

STIPULATION RE: EXTENSION OF TIME TO ANSWER