```
 1  DOUGLAS A. SCULLION (SBN: 215339)
    dscullion@gordonrees.com
 2  TAD A. DEVLIN (SBN: 190355)
    tdevlin@gordonrees.com
 3  RYAN T. DUNN (SBN: 215383)
    rdunn@gordonrees.com
 4  GORDON & REES LLP
    Embarcadero Center West
 5  275 Battery Street, Suite 2000
    San Francisco, CA 94111
 6  Telephone: (415) 986-5900
    Facsimile: (415) 986-8054
 7
    Attorneys for Defendants
 8  LUMONDI, INC. and MONDAINE
    WATCH, LTD.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| CYMA (U.S.A.) LTD. and CYMA S.A.,<br><br>   Plaintiff,<br><br>v.<br><br>LUMONDI, INC., and MONDAINE WATCH, LTD.<br><br>   Defendants. | **Case No. CV 09 2802**<br><br>**STIPULATION RE: FURTHER CONTINUANCE OF CASE MANAGEMENT CONFERENCE, CASE MANAGEMENT STATEMENT AND INITIAL DISCLOSURES AND RE: EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT AND ORDER THEREON** |

MGT/NA/6983821v.1

- 1 -

STIPULATION RE: FURTHER CONTINUANCE OF CASE MANAGEMENT CONFERENCE, CASE MANAGEMENT STATEMENT AND INITIAL DISCLOSURES AND RE: EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT AND ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6 of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiffs Cyma (U.S.A.) Ltd. and Cyma S.A. ("Plaintiffs") and Defendants Lumondi, Inc. ("Lumondi") and Mondaine Watch Ltd. ("Mondaine") (collectively, "Defendants") hereby stipulate as follows:

WHEREFORE, on June 24, 2009 Plaintiffs filed a Complaint against Defendants, alleging causes of action for fraud and deceit, unjust enrichment, conversion, replevin, and declaratory relief; and

WHEREFORE, Mondaine agreed to accept service through substituted service on Lumondi and was served with the Summons and Complaint on August 19, 2009; and

WHEREFORE, none of Defendants has yet filed a responsive pleading; and

WHEREFORE, the Defendants anticipate filing a joint responsive pleading; and

WHEREFORE, Plaintiffs and Defendants agree that the time for the Defendants to file their responsive pleading shall be extended to and including September 15, 2009; and

WHEREFORE, Plaintiffs and Defendants agree, and respectfully request an Order that, the last day to: (1) meet and confer re: initial disclosures, early settlement ADR process selection and discovery plan; (2) file an ADR Certification signed by parties and counsel; (3) file either stipulation to ADR process or Notice of Need for ADR Phone Conference; all currently scheduled for September 14, 2009, be continued to October 12, 2009; and

WHEREFORE, Plaintiffs and Defendants agree, and respectfully request an Order that, the last day to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement currently scheduled for September 28, 2009, be continued to November 2, 2009; and

WHEREFORE, Plaintiffs and Defendants agree, and respectfully request an Order that, the Case Management Conference currently scheduled for Monday, October 5, 2009 at 4:00 p.m. be rescheduled for November 9, 2009 at 4:00 p.m.; and

WHEREFORE, the requested time modifications would have no substantial effect on the schedule for this case; and

WHEREFORE, Plaintiffs and Defendants agree that Plaintiffs shall give notice of any order hereon.

STIPULATION RE: FURTHER CONTINUANCE OF CASE MANAGEMENT CONFERENCE, CASE MANAGEMENT STATEMENT AND INITIAL DISCLOSURES AND RE: EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT AND ORDER

NOW THEREFORE, Plaintiffs and Defendants, by and through their respective undersigned counsel, hereby stipulate that the time for the Defendants to file a responsive pleading shall be extended to and including September 15, 2009.

NOW THEREFORE, Plaintiffs and Defendants, by and through their respective undersigned counsel, hereby stipulate and respectfully request that the Court Order as follows:

1. The last day to: (1) meet and confer re: initial disclosures, early settlement ADR process selection and discovery plan; (2) file an ADR Certification signed by parties and counsel; (3) file either stipulation to ADR process or Notice of Need for ADR Phone Conference; all currently scheduled for September 14, 2009, be continued to October 12, 2009;

2. The last day for the parties to file their Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement currently scheduled for September 28, 2009, be continued to November 2, 2009.

3. The Case Management Conference currently scheduled for Monday, October 5, 2009 at 4:00 p.m., be rescheduled to November 9, 2009 at 4:00 p.m..

**SO STIPULATED.**

Dated: 8/31, 2009

COTCHETT PITRE & McCARTHY

By: _____
STEVEN N. WILLIAMS
ARON K. LIANG
Attorneys for Plaintiffs
Cyma (U.S.A.) Ltd. and Cyma S.A.

Dated: 08/31/09, 2009

GORDON & REES LLP

By: _____
DOUGLAS A. SCULLION
TAD A. DEVLIN
RYAN T. DUNN
Attorneys for Defendants
LUMONDI, INC. and MONDAINE WATCH, LTD.

## ORDER

The Court hereby enters an Order in conformance with the above stipulation.

Dated: 9/1/2009



IT IS SO ORDERED
Judge Marilyn H. Patel
Honorable _____ United States District Court Judge

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

- 4 -
STIPULATION RE: FURTHER CONTINUANCE OF CASE MANAGEMENT CONFERENCE, CASE MANAGEMENT STATEMENT AND INITIAL DISCLOSURES AND RE: EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT AND ORDER