STEVEN N. WILLIAMS (175489)
swilliams@cpmlegal.com
ARON K. LIANG (228936)
aliang@cpmlegal.com
MATTHEW K. EDLING (250940)
medling@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs Cyma (U.S.A.) Ltd.
and Cyma S.A.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CYMA (U.S.A.) LTD. and CYMA S.A., | Case No. CV 09 2802 (MHP) |
| Plaintiff, | STIPULATION RE: EXTENSION OF TIME AND [PROPOSED] ORDER |
| vs. | |
| LUMONDI, INC., and MONDAINE WATCH, LTD. | |
| Defendants. | |
| LUMONDI, INC., and MONDAINE WATCH, LTD. | |
| Counter-Claimants, | |
| vs. | |
| CYMA (U.S.A.) LTD., CYMA, S.A. and ROES 1-10 | |
| Counterdefendants. | |

WHEREFORE, on September 15, 2009, Defendants and Counterclaimants Lumondi, Inc. ("Lumondi") and Mondaine Watch Ltd. ("Mondaine") filed a Counterclaim against Plaintiffs and Counterdefendants Cyma (U.S.A.) Ltd. and Cyma S.A. ("Counterdefendants" or "Cyma"), alleging causes of action for fraud and deceit, unjust enrichment, breach of contract and declaratory relief.

NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties, by and through their counsel of record:

1. The time for Plaintiffs and Counterdefendants to respond to the complaint is extended two weeks until **October 19, 2009**.

Dated: October 2, 2009

COTCHETT PITRE & McCARTHY

_____
STEVEN N. WILLIAMS
ARON K. LIANG

*Attorneys for Plaintiffs and Counterdefendants Cyma (U.S.A.) Ltd. and Cyma S.A.*

Dated: October 2, 2009

GORDON & REES LLP

_____
TAD A. DEVLIN
DOUGLAS SCULLION

*Attorneys for Defendants and Counterclaimants Lumondi, Inc. and Mondaine Watch Ltd.*

The Court hereby enters an order in conformance with the above stipulation:

Dated: October 5, 2009

_____
HON. MARILYN HALL PATEL
United States District Court Judge

STIPULATION RE: EXTENSION OF TIME AND [PROPOSED] ORDER; Case No. CV 09 2802 (MHP)