```
 1  STEVEN N. WILLIAMS (175489)
    swilliams@cpmlegal.com
 2  ARON K. LIANG (228936)
    aliang@cpmlegal.com
 3  MATTHEW K. EDLING (250940)
    medling@cpmlegal.com
 4  COTCHETT, PITRE & McCARTHY
    San Francisco Airport Office Center
 5  840 Malcolm Road, Suite 200
    Burlingame, California 94010
 6  Telephone:  (650) 697-6000
    Facsimile:   (650) 697-0577
 7
    Attorneys for Plaintiffs Cyma (U.S.A.) Ltd.
 8  and Cyma S.A.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CYMA (U.S.A.) LTD. and CYMA S.A., <br><br> Plaintiff, <br><br> vs. <br><br> LUMONDI, INC., and MONDAINE WATCH, LTD. <br><br> Defendants. <br><br>_____ <br><br> LUMONDI, INC., and MONDAINE WATCH, LTD. <br><br> Counter-Claimants, <br><br> vs. <br><br> CYMA (U.S.A.) LTD., CYMA, S.A. and ROES 1-10 <br><br> Counterdefendants. | Case No. CV 09 2802 (MHP) <br><br> **STIPULATION RE: EXTENSION OF TIME AND [PROPOSED] ORDER** |

STIPULATION RE: EXTENSION OF TIME AND [PROPOSED] ORDER; Case No. CV 09 2802 (MHP)

1 WHEREFORE, on September 15, 2009, Defendants and Counterclaimants Lumondi, Inc. ("Lumondi") and Mondaine Watch Ltd. ("Mondaine") filed a Counterclaim against Plaintiffs and Counterdefendants Cyma (U.S.A.) Ltd. and Cyma S.A. ("Counterdefendants" or "Cyma"), alleging causes of action for breach of contract, unjust enrichment, fraud/negligent misrepresentation, and declaratory relief. The current deadline for Plaintiffs and Counterdefendants to file a response to the Counterclaim is **October 19, 2009**.

NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties, by and through their counsel of record:

1. The time for Plaintiffs and Counterdefendants to respond to the Counterclaim is extended one week until **October 26, 2009**.

Dated: October 15, 2009

**COTCHETT PITRE & McCARTHY**

_____
STEVEN N. WILLIAMS
ARON K. LIANG

*Attorneys for Plaintiffs and Counterdefendants Cyma (U.S.A.) Ltd. and Cyma S.A.*

Dated: October 15, 2009

**GORDON & REES LLP**

_____
TAD A. DEVLIN
DOUGLAS SCULLION

*Attorneys for Defendants and Counterclaimants Lumondi, Inc. and Mondaine Watch Ltd.*

The Court hereby enters an order in conformance with the above stipulation:

Dated: October 23, 2009

_____
HON. MARILYN HALL PATEL
United States District Court Judge

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

STIPULATION RE: EXTENSION OF TIME AND [~~PROPOSED~~] ORDER; Case No. CV 09 2802 (MHP)