STEVEN N. WILLIAMS (Cal. SBN 175489)
swilliams@cpmlegal.com
ARON K. LIANG (Cal. SBN 228936)
aliang@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:   (650) 697-6000
Facsimile:     (650) 697-0577

*Attorneys for Plaintiffs and Counter-Defendants*
*Cyma (U.S.A.) Ltd. and Cyma S.A.*

TAD A. DEVLIN (Cal. SBN 190355)
tdevlin@gordonrees.com
DOUGLAS A. SCULLION (Cal. SBN 215339)
dscullion@gordonrees.com
**GORDON & REES LLP**
275 Battery St., 20th Floor
San Francisco, CA 94111
Telephone:   (415) 986-5900
Facsimile:     (415) 986-8054

*Attorneys for Defendants and Counter-Claimants*
*Lumondi, Inc. and Mondaine Watch, Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CYMA (U.S.A.) LTD. and CYMA S.A., <br><br> Plaintiff, <br><br> vs. <br><br> LUMONDI, INC., and MONDAINE WATCH, LTD. <br><br> Defendants. <br><br>_____ <br><br> LUMONDI, INC., and MONDAINE WATCH, LTD. <br><br> Counter-Claimants, <br> vs. <br><br> CYMA (U.S.A.) LTD., CYMA, S.A. and ROES 1-10 <br><br> Counterdefendants. <br>_____ | Case No. 09-cv-02802 (MHP) <br><br> **STIPULATION AND [PROPOSED] ORDER RE: CONTINUATION OF TRIAL DATES** |

**STIPULATION AND [PROPOSED] ORDER RE:**
**CONTINUATION OF TRIAL DATES; Case No. CV 09 2802 (MHP)**

WHEREFORE, a settlement conference is currently scheduled before Magistrate Judge Elizabeth Laporte in the Northern District of California.  Settlement discussions are on-going between the Plaintiffs Cyma (U.S.A.) Ltd. and Cyma S.A., on the one side, and Defendants Lumondi, Inc. and Mondaine Watch Ltd. on the other.

NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties, by and through their counsel of record:

The parties propose the following revised schedule:

| | |
|---|---|
| Witness Lists (case in chief): | December 17, 2010 |
| Fact Discovery Cut-off: | January 28, 2011 |
| Expert Designation: | February 25, 2011 |
| Rebuttal Expert Designation: | March 25, 2011 |
| Expert Discovery Cut-off: | April 29, 2011 |
| Dispositive Motions Deadline: | June 20, 2011 (was 17) |
| Dispositive Motions Hearing: | July 25, 2011 (was 22) @ 2:00 p.m. |
| Pretrial Conference: | August 24, 2011 (was 26) @ 2:30 p.m. |
| Trial: | October 25, 2011 @ 8:30 a.m. |

Dated:  August 5, 2010			**COTCHETT PITRE & McCARTHY**


			_____/s Aron K. Liang_____
			STEVEN N. WILLIAMS
			ARON K. LIANG

			*Attorneys for Plaintiffs and Counterdefendants Cyma (U.S.A.) Ltd. and Cyma S.A.*

Dated: August 5, 2010			**GORDON & REES LLP**


			_____/s Tad A. Devlin_____
			TAD A. DEVLIN
			DOUGLAS SCULLION

			*Attorneys for Defendants and Counterclaimants Lumondi, Inc. and Mondaine Watch Ltd.*

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER RE:
CONTINUATION OF TRIAL DATES; Case No. CV 09 2802 (MHP)**                                    1

The Court hereby enters an order in conformance with the above stipulation:

Dated: __8/6_____, 2010          _____
                                    HON. MARILYN HALL PATEL
                                    United States District Court Judge

**IT IS SO ORDERED**
Judge Marilyn H. Patel

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER RE:**
**CONTINUATION OF TRIAL DATES; Case No. CV 09 2802 (MHP)**   2