STEVEN N. WILLIAMS (Cal. SBN 175489)
swilliams@cpmlegal.com
ARON K. LIANG (Cal. SBN 228936)
aliang@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:    (650) 697-6000
Facsimile:    (650) 697-0577

*Attorneys for Plaintiffs and Counter-Defendants*
*Cyma (U.S.A.) Ltd. and Cyma S.A.*

TAD A. DEVLIN (Cal. SBN 190355)
tdevlin@gordonrees.com
DOUGLAS A. SCULLION (Cal. SBN 215339)
dscullion@gordonrees.com
**GORDON & REES LLP**
275 Battery St., 20th Floor
San Francisco, CA 94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054

*Attorneys for Defendants and Counter-Claimants*
*Lumondi, Inc. and Mondaine Watch, Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CYMA (U.S.A.) LTD. and CYMA S.A., | Case No. 09-cv-02802 (MHP) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: CONTINUATION OF MANDATORY SETTLEMENT CONFERENCE** |
| vs. | **AS MODIFIED** |
| LUMONDI, INC., and MONDAINE WATCH, LTD. | |
| Defendants. | |
| LUMONDI, INC., and MONDAINE WATCH, LTD. | |
| Counter-Claimants, | |
| vs. | |
| CYMA (U.S.A.) LTD., CYMA, S.A. and ROES 1-10 | |
| Counterdefendants. | |

1  WHEREAS, a settlement conference is currently scheduled before Magistrate Judge
2  Elizabeth Laporte in the Northern District of California on September 16, 2010.
3  WHEREAS, Cotchett, Pitre & McCarthy ("CPM") intends to file a Motion to Withdraw
4  as Counsel for Plaintiffs and Counterdefendants Cyma (U.S.A.) Ltd. and Cyma, S.A.
5  NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties, by and
6  through their counsel of record:
7  The Settlement Conference currently scheduled for **September 16, 2010** is continued ~~to a date to be determined~~. The Mandatory Settlement Conference will be reset to ~~a date no more than 60 days from the date of the current setting, the schedule of the Court and all parties permitting.~~ December 2, 2010.

Dated: September 14, 2010        **COTCHETT PITRE & McCARTHY**

                                 _____/s Aron K. Liang_____
                                 STEVEN N. WILLIAMS
                                 ARON K. LIANG

                                 *Attorneys for Plaintiffs and Counterdefendants*
                                 *Cyma (U.S.A.) Ltd. and Cyma S.A.*

Dated: September 14, 2010        **GORDON & REES LLP**

                                 _____/s Tad A. Devlin_____
                                 TAD A. DEVLIN
                                 DOUGLAS SCULLION

                                 *Attorneys for Defendants and Counterclaimants*
                                 *Lumondi, Inc. and Mondaine Watch Ltd.*

The Court hereby enters an order in conformance with the above stipulation:

Dated: __Sept. 15__, 2010        _____Elizabeth D. Laporte_____
                                 HON. ELIZABETH LAPORTE
                                 United States Magistrate Judge

---

**STIPULATION AND [PROPOSED] ORDER RE: CONTINUATION
OF MANDATORY SETTLEMENT CONFERENCE; Case No. CV 09 2802 (MHP)**         1