**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYMA (USA) LTD. and CYMA S.A.

      Plaintiffs,

   v.

LUMONDI, INC., and MONDAINE WATCH, LTD.,

      Defendants.
_____/

No. C-09-02802 MHP (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for December 2, 2010 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **December 9, 2010 at 9:30 a.m**.

Any updates to Settlement Conference Statements previously submitted shall be delivered by December 1, 2010. One of Cyma SA's principals, Didier Roesti or Franchoise Schurch, shall be required to attend.

All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: November 17, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge