1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **CYMA (U.S.A.) LTD. and CYMA S.A.,** | Case No. 09-cv-02802 (MHP) |
| Plaintiff, | |
| | **[PROPOSED] ORDER TO SHOW CAUSE** |
| vs. | |
| | Date:  January 10, 2011 |
| **LUMONDI, INC., and MONDAINE WATCH, LTD.** | Time:  2:00 P.M. |
| | Ctrm:  15 |
| Defendants. | Judge:  Hon. Marilyn H. Patel |
| _____ | |
| **LUMONDI, INC., and MONDAINE WATCH, LTD.** | |
| Counter-Claimants, | |
| vs. | |
| **CYMA (U.S.A.) LTD., CYMA, S.A. and ROES 1-10** | |
| Counterdefendants. | |
| _____ | |

**[PROPOSED] ORDER TO SHOW CAUSE; Case No. 09-cv-02802 (MHP)**

On <u>November 9, 2010</u>, Cotchett Pitre & McCarthy ("CPM") filed a Motion to Withdraw as Counsel for Plaintiffs and Counterdefendants Cyma (U.S.A.) Ltd. ("Cyma USA") and Cyma, S.A. ("Cyma Swiss") due to the failure of Cyma USA and Cyma Swiss to cooperate with CPM.

Notice of the Motion to Withdraw as Counsel was served on all parties and was served on Cyma USA and Cyma Swiss. The hearing was rescheduled to <u>January 10, 2011</u> and notice of this rescheduling was served on all parties and was served on Cyma USA and Cyma Swiss. The Court took the Motion to Withdraw under submission.

Having considered the papers and evidence submitted, and for good cause shown, the Court HEREBY ORDERS:

Due to the failure of Cyma USA and Cyma Swiss to cooperate with their counsel of record, their failure to appear at the <u>January 10, 2011</u> hearing on CPM's Motion to Withdraw, and their failure to appear at court-ordered hearings and conferences, this Court issues this Order to Show Cause.

The Order to Show Cause Hearing is scheduled before this Court: Northern District of California, Courtroom 15, 450 Golden Gate Ave., San Francisco, CA 94102, on **February 28, 2011** at **2:00 P.M. Pacific Time**.

Cyma USA and Cyma Swiss are ordered to appear at the hearing to show cause why:

(1) Their claims against Defendants and Counter-Claimants Lumondi, Inc. ("Lumondi") and Mondaine Watch Ltd. ("Mondaine") should not be dismissed;

(2) A default judgment should not be entered against Cyma U.S.A. and Cyma Swiss in favor of Lumondi and Mondaine on their counter-claims; and

(3) Such other relief as requested in any further motions which are filed, including any motions for sanctions, should not be granted.

**IT IS SO ORDERED.**

Dated: 1/21/2011



Judge Marilyn H. Patel

**[PROPOSED] ORDER TO SHOW CAUSE; Case No. 09-cv-02802 (MHP)**               1