UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| CYMA (U.S.A.) LTD. and CYMA S.A.,<br><br>                Plaintiffs,<br><br>vs.<br><br>LUMONDI, INC. and MONDAINE WATCH, LTD.,<br><br>                Defendants.<br><br>LUMONDI, INC. and MONDAINE WATCH, LTD.,<br><br>                Counter-Claimants,<br><br>vs.<br><br>CYMA (U.S.A.) LTD., CYMA, S.A. and ROES 1-10,<br><br>                Counter-Defendants. | Case No. C-09-02802 (MHP) (EDL) *and Judgment*<br><br>[~~PROPOSED~~] ORDER FOR ENTRY OF DEFAULT JUDGMENT AND AWARD OF DAMAGES AND FEES<br><br>Date: ~~July 11, 2011~~<br>Time: 2:00 pm<br>Courtroom: 15<br>Judge: Hon. Marilyn Hall Patel |

Having considered the Application for Default Judgment and Award of Damages and Fees, and good cause shown, the Court orders the application be GRANTED, *plaintiffs/counter defendants having failed to timely respond and the hearing date being vacated,*

It is therefore ORDERED ~~that:~~ *and Adjudged that:*

1. Default Judgment be Entered against CYMA (U.S.A.) Ltd.

2. Default Judgment be Entered against CYMA S.A..

- 1 -

LUMON/1059278/9790365v.2

DEFENDANTS AND COUNTER-CLAIMANTS LUMONDI, INC. AND MONDAINE WATCH, LTD.'S APPLICATION FOR DEFAULT BY COURT

2. Lumondi, Inc. be awarded the amount of $215,350.35 in damages, inclusive of intereast as of July 11, 2011.

3. Mondaine Watch, Ltd. be awarded the amount of $258, 674.58 in damages, inclusive of interest as of July 11, 2011.

4. The damage awards set forth in paragraphs 2 and 3 are inclusive of interest through July 11, 2011.  Interest will commence to accrue and be due and owing at the rate of 10% per annum, simple interest, for any amounts not paid on or before July 11, 2011.

5. The sanctions award of $10, 791.00 which was imposed previously by this court and remains unpaid shall be paid on or before July 11, 2011, after which time this amount will accrue interest at the rate of .18% per annum on any amounts not paid.

6. Attorneys' fees and costs incurred in pursuing this motion and as a further sanction are awarded in the amount of $1,202.50 and are due and payable on or before July 11, 2011, after which time this amount will accrue interest at the rate of .18% per annum on any amounts not paid.

7. The above amounts are awarded jointly and severally against CYMA (U.S.A.) Ltd. and CYMA S.A.

Dated: June 28, 2011

_____
MARILYN HALL PATEL
United States District Court Judge